FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2022

No. 04-22-00193-CV

Alfonso **TREVINO**, III, individually and Alfonso Trevino, III, as representative and beneficiary of Estate of Geraldine Trevino, and Alfonso Trevino, III, A/N/F of minors C.T. and A.T., IV, beneficiaries of Estate of Geraldine Trevino,
Appellant

v.

Alejandro **OROZCO**, Jr. and City of San Antonio,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17867
Honorable Larry Noll, Judge Presiding

# O R D E R

On August 23, 2022, appellees filed an "Unopposed Motion for Substitution of Counsel." The motion is GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court